ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTOPHER J. CARLBERG (CABN 269242)
Special Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      FAX: (415) 436-7234
      christopher.carlberg2@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-mj-70007 MAG |
|     Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT |
|     v. | |
| ALEJANDRO LOPEZ, | |
|     Defendant. | |

The parties in the above-captioned case are scheduled to appear for a preliminary hearing or status on April 18, 2023.  The parties jointly agree and request that the hearing be continued until May 18, 2023 at 10:30am.

The parties stipulate that the time from April 18, 2023, through and including May 18, 2023, should be excluded from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b).  The parties further stipulate that the time from April 18, 2023, through and including May 18, 2023, should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial

Act because a failure to do so would unreasonably deny the defendant the reasonable time necessary for effective preparation, particularly in light of the discovery already produced and anticipated discovery that counsel will review with her client.  The parties agree that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

Defendant Alejandro Lopez has been advised of the requested continuance and specifically consents to the exclusion of time within which to conduct a preliminary hearing in this matter, and to the extension of the date by which an indictment or information must be filed.

**IT IS SO STIPULATED.**                                   ISMAIL J. RAMSEY
                                                            United States Attorney


Dated: April 12, 2023                                       _____/s/_____
                                                            CHRISTOPHER J. CARLBERG
                                                            Special Assistant United States Attorney

Dated: April 12, 2023


                                                            _____/s/_____
                                                            JOANNA SHERIDAN
                                                            Counsel for the Defendant

STIP. AND ORDER TO CONTINUE
23-mj-70007 MAG

**ORDER**

Based on the stipulations of the parties above, and for good cause shown, the status or preliminary hearing will be continued until May 18, 2023 at 10:30am.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The status or preliminary hearing in this matter is continued to May 18, 2023 at 10:30am.  The time period from April 18, 2023 to May 18, 2023, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

IT IS SO ORDERED.

 April 12, 2023
 DATE

HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIP. AND ORDER TO CONTINUE
23-mj-70007 MAG