1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | CHRISTOPHER J. CARLBERG (CABN 269242)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200

7 | FAX: (415) 436-7234
christopher.carlberg2@usdoj.gov

8

9

10 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,                )   Case No. 23-mj-70007 MAG
                                         )
        Plaintiff,                       )   STIPULATION AND ORDER TO CONTINUE
                                         )   HEARING AND TO EXCLUDE TIME UNDER
   v.                                    )   RULE 5.1 AND THE SPEEDY TRIAL ACT
                                         )
                                         )
ALEJANDRO LOPEZ,                         )
                                         )
        Defendant.                       )
                                         )

The parties in the above-captioned case are scheduled to appear for a preliminary hearing or status on August 10, 2023. The parties jointly agree and request that the hearing be continued until August 29, 2023 at 10:30 am.

The parties stipulate that the time from August 10, 2023, through and including August 29, 2023, should be excluded from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b). The parties further stipulate that the time from August 10, 2023, through and including August 29, 2023, should be excluded from the period of time within which the defendant's trial must commence pursuant to the

STIP. AND ORDER TO CONTINUE
23-mj-70007 MAG

1  Speedy Trial Act because a failure to do so would unreasonably deny the defendant the reasonable time
2  necessary for effective preparation, particularly in light of the discovery already produced and discovery
3  that counsel will review with her client.  The parties agree that the ends of justice served by granting the
4  request outweigh the best interest of the public and the defendant in a speedy trial.
5      Defendant Alejandro Lopez has been advised of the requested continuance and specifically
6  consents to the exclusion of time within which to conduct a preliminary hearing in this matter, and to the
7  extension of the date by which an indictment or information must be filed.

9  **IT IS SO STIPULATED.**                                    ISMAIL J. RAMSEY
                                                               United States Attorney

11 Dated: August 8, 2023                                       _____/s/_____
12                                                             CHRISTOPHER J. CARLBERG
                                                               Special Assistant United States Attorney
13 Dated: August 8, 2023

15                                                             _____/s/_____
                                                               JOANNA SHERIDAN
16                                                             Counsel for the Defendant

STIP. AND ORDER TO CONTINUE
23-mj-70007 MAG

**ORDER**

Based on the stipulations of the parties above, and for good cause shown, the status or preliminary hearing will be continued until August 29, 2023 at 10:30am. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The status or preliminary hearing in this matter is continued to August 29, 2023 at 10:30am. The time period from August 10, 2023 to August 29, 2023, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

IT IS SO ORDERED.

August 9, 2023
DATE



_____
HON. DONNA M. RYU
Chief Magistrate Judge

STIP. AND ORDER TO CONTINUE
23-mj-70007 MAG