ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    Jared.Buszin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-MJ-70007 MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME FROM AUGUST 29, 2023 TO SEPTEMBER 14, 2023 UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT |
| v. | |
| ALEJANDRO LOPEZ, | |
| Defendant. | |

    The parties in the above-captioned case are scheduled to appear for a status on August 29, 2023. The parties jointly agree and request that the hearing be continued to September 14, 2023 at 10:30 a.m. It is further stipulated by and between counsel for the United States and counsel for the defendant that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act from August 29, 2023 through September 14, 2023.

    The government has produced discovery for inspection by the defendant and his counsel, which the defendant and his counsel continue to review. Defense counsel and the government are also discussing a potential resolution to this case and are asking for more time to continue those discussions. For these reasons, the parties request that the Court reschedule the August 29 status conference to

September 14.  The parties further stipulate that the time from August 29, 2023 through September 14, 2023 should be excluded from the period of time within which to conduct a preliminary hearing or charge by indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b).  The parties further stipulate and agree that excluding time until September 14, 2023 will allow for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from August 29, 2023 through September 14, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  August 28, 2023

/s/
JARED S. BUSZIN
Assistant United States Attorney

DATED:  August 28, 2023

/s/
JOANNA SHERIDAN
Counsel for Defendant Alejandro Lopez

### ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the August 29, 2023 status will be continued until September 14, 2023 at 10:30 a.m.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence.

The status in this matter is continued to September 14, 2023 at 10:30 a.m.  The time period from August 29, 2023 to September 14, 2023, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv)

IT IS SO ORDERED.

DATED: __August 28, 2023__

_____
HON. DONNA M. RYU
Chief Magistrate Judge