ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    Jared.Buszin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-MJ-70007 MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME FROM NOVEMBER 13, 2023 TO NOVEMBER 21, 2023 UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT |
| v. | |
| ALEJANDRO LOPEZ, | |
| Defendant. | |

    The parties in the above-captioned case are scheduled to appear for a status on November 13, 2023. On November 6, 2023, counsel for the defendant informed counsel for the United States that he has a scheduling conflict with the November 13 status conference. In addition, counsel for the government is scheduled to be in trial in *United States v. Lamar Ryan*, No. 23-CR-291, beginning on November 13. Accordingly, the parties jointly agree and request that the November 13 status hearing be continued to November 21, 2023 at 10:30 a.m.

    The parties further stipulate that the time from November 13, 2023 through November 21, 2023 should be excluded from the period of time within which to conduct a preliminary hearing or charge by indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b). The parties further

1  stipulate and agree to the exclusion of time under the Speedy Trial Act until November 21, 2023 for
2  continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that
3  the ends of justice served by excluding the time from November 13, 2023 through November 21, 2023
4  from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant
5  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

6        The undersigned Assistant United States Attorney certifies that he has obtained approval from
7  counsel for the defendant to file this stipulation and proposed order.

9        IT IS SO STIPULATED.
10 DATED:  November 7, 2023              /s/
                                        JARED S. BUSZIN
11                                      Assistant United States Attorney

12
13 DATED:  November 7, 2023              /s/
                                        MATTHEW DIRKES
                                        Counsel for Defendant Alejandro Lopez

15 **ORDER**

16       Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the
17 November 13, 2023 status will be continued until November 21, 2023 at 10:30 a.m.  The Court hereby
18 finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts
19 that support a continuance in this matter, and provides good cause for a finding of excludable time
20 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary
21 hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

22       The Court further finds that: (i) the ends of justice served by the continuance outweigh the best
23 interest of the public and defendant in the filing of an information or indictment within the time period
24 set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny the
25 defendant continuity of counsel.

26       The status in this matter is continued to November 21, 2023 at 10:30 a.m.  The time period from
27 November 13, 2023 to November 21, 2023, inclusive, is excluded in computing the time within which
28 an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18

1  U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv)

2      IT IS SO ORDERED.

4  DATED: November 9, 2023

                                     KANDIS A. WESTMORE
                                     United States Magistrate Judge